# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Rehearing No. 618

153185(79)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Berstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

WILLIAM LYLES, JR.,
　　　　Defendant-Appellee.

SC: 153185
COA: 315323
Wayne CC: 12-008021-FC

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk